ACCEPTED
01-15-00890-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 11:13:21 PM
CHRISTOPHER PRINE
CLERK

**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-15-00890-CV

———————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/2/2015 11:13:21 PM

CHRISTOPHER A. PRINE
Clerk

**Angel Mortgage Income Resources and Preston Julian, Appellants**

**V.**

**Rose Guidry Kinsey, Appellee**

---

**On Appeal from the 164th Court
Harris County, Texas
Trial Court Cause No. 2014-31312**

---

## PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's name: **Paul D. Clote**

State Bar of Texas identification number: **04407300**

Mailing address:  **1221 Lamar Street Suite 1090
Four Houston Center
Houston, TX 77010-3038**

Telephone number: **713-659-2800**

Fax number: **713-654-0052**

e-mail address: **p.clote@clotelaw.com**

Respectfully Submitted,


*/s/ James A. Gray III*
James A. Gray III
THE GRAY FIRM, PLLC
TBA No. 2410071
6302 Drayton Hall
Missouri City, Texas 77459
Telephone: (713) 598-0688
Facsimile: (800) 496-9577
**Counsel for ANGEL**
**MORTGAGE INCOME RESOURCES**
**and PRESTON JULIAN**

*/s/ Marie Jamison*
Marie Jamison
WRIGHT & CLOSE, L.L.P.
TBA No. 24044647
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
jamison@wrightclose.com
**Counsel for ROSE GUIDRY KINSEY**